IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>-vs- )<br>)<br>NAIGANG LIN, )<br>  a/k/a Nai Lin, )<br>NAIYANG LIN, )<br>  a/k/a Nai Yang Lin, )<br>LI JIN YANG, )<br>  a/k/a Lily, )<br>DONG LIN, )<br>CHANG-HUI CHEN, )<br>MEIYAN XIAO, )<br>BARRY STADLER, )<br>DANIEL WALSH, )<br>TERRANCE JAMAHL ALLEN, )<br>FEI XIE, )<br>AHMED SALIM HARROLD, and )<br>LUIS RAFAEL LARIOS-BENITES, )<br>)<br>Defendants. ) | No. M-23-277-STE |

### ORDER UNSEALING COMPLAINT

On motion of the United States, and for good cause shown,

IT IS HEREBY ORDERED that the Complaint in the above-referenced matter be unsealed.

ORDERED this 10th day of May, 2023.

_____
SUZANNE MITCHELL
United States Magistrate Judge