AO 442 (Rev. 11/11) Arrest Warrant

11456049

2364-0509-0898-J

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

United States of America
v.
Barry Stadler )
) Case No.  M-23-277  -STE
)
)
)
)

Defendant

RECEIVED
MAY 0 2 2023
U.S. MARSHALS W/OK

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Barry Stadler,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846, Drug Conspiracy

Date:   05/02/2023

*Issuing officer's signature*

City and state:   Oklahoma City, Oklahoma

Shon T. Erwin, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date:   ARRESTED ON: 05/10/2023

WITHIN THE   W   DISTRICT OF   MI

BY:   USMS

*Arresting officer's signature*

*Printed name and title*